UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRYAN KEITH DAVIS, <br><br> Defendant. | Case No. 1:20-cr-00185-DAD <br><br> **DETENTION ORDER** <br><br> (Violation of Supervised Release) |

   The defendant having been arrested for alleged violation(s) of the terms and conditions of his supervised release; and

   Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

[X]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[X]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

   This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

Dated:  **October 7, 2025**

UNITED STATES MAGISTRATE JUDGE